UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:22-cv-01680-WWB-DCI

TAVIA WAGNER,

Plaintiff,

vs.

JAMES A. LOLLICH, and
DRIFTERS ROUTE 1, LLC, d/b/a
DRIFTERS ROUTE 1 BAR & GRILL,

Defendants.
_____/

## ANSWERS TO COURT INTERROGATORIES

1. Residence address

   I live at 1006 N. Florida Avenue, Deland, Florida.

2. Name of current employer and place of employment.

   I am disabled and unemployed.

3. Date(s) and time(s) that you visited the facility.

   I visited on August 6, 2022, at approximately 6:21 pm.

4. Purpose of your visit(s) and duration of your stay(s).

   I made a purchase. I was there for 1 hour.

5. Did anyone else accompany you? If so, who?

   Yes, my sister Marla Shaw.

1

6. Describe the nature of your disability.

   I have Spina Bifida and use a wheelchair for mobility purposes.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

   I encountered:

   **<u>VIOLATIONS</u>**

   a) Failure to provide ADA compliant access aisle, at one of the parking stalls at the subject property, that does not compel wheeling and/or walking behind another parked vehicle, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 208.3.1.

   b) Failure to provide ADA compliant parking stall width clearance, in violation 2017 FAC, 2014 FAC Section 502.1.

   c) Failure to provide ADA compliant parking stall slope gradings, in violation 2017 FAC, and 2014 FAC Section 502.4.

   d) Failure to provide ADA compliant access aisle slope grading, in violation 2017 FAC, and 2014 FAC Section 502.4.

   e) Failure to provide ADA compliant parking stall signage, in violation 2017 FAC, and 2014 FAC Section 502.6.

   f) Failure to provide ADA compliant parking stall signage with the $250 penalty, in violation 2017 FAC, and 2014 FAC Section 502.6.1.

g) Failure to provide ADA compliant accessible route leading to building entrance, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 302.1.

h) Failure to provide ADA compliant accessible route that does not provide abrupt changes in elevation greater than ¼ inch, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 303.2 and 303.3.

i) Failure to provide ADA compliant accessible route with compliant slope grading, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 403.3.

j) Failure to provide ADA compliant entrance door hardware, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 309.4.

k) Failure to provide ADA compliant entrance door mat, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 302.2.

l) Failure to provide ADA compliant number of exterior table seating, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 227.3.

m) Failure to provide ADA compliant exterior table clearances, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 306.1.

n) Failure to provide ADA compliant number of interior table seating, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 227.3.

o) Failure to provide ADA compliant interior table clearances, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 306.1.

p) Failure to provide ADA compliant interior aisle width clearances, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 403.5.1.

q) Failure to provide ADA compliant bar counter height, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 904.4.1 and 904.4.2.

r) Failure to provide ADA compliant bar counter clear floor space, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 904.4.1.

s) Failure to provide ADA compliant directional signage to accessible restroom, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 216.8.

t) Failure to provide ADA compliant restroom door hardware, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 309.4.

u) Failure to provide ADA compliant restroom front door approach pull clearance, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 404.2.4.1.

v) Failure to provide ADA compliant mirror, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 603.3.

w) Failure to provide ADA compliant insulated pipes, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 606.5.

x) Failure to provide ADA compliant toilet seat to wall location, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 604.2.

y) Failure to provide ADA compliant toilet paper dispenser location, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 604.7.

z) Failure to provide ADA compliant toilet clear floor space, due, in part, to obstructing trash receptable, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 604.3.1.

8. Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

See receipt attached hereto.

9. Please list any other Title III cases in which you have been a party in this District.

See case list attached hereto.

*Tavia Wagner*

---
Tavia Wagner

**JURAT**

STATE OF FLORIDA
COUNTY OF VOLUSIA

Subscribed and sworn to (or affirmed) before me this

____27th____ day of __September__, 2022

by __Tavia Wagner_____
(Name of Signer)

___[signature]_____
(Signature of Notary Public)

CHERYL LUCAS
State of Florida - Notary Public
Commission # HH 142290
My Commission Expires 12/05/2022

__Cheryl Lucas_____

My Commission Expires __December 5, 2022__

Personally Known __X__ or Produced Identification_____

What type of Identification Produced – Driver's License _____ ID ____

__X__ Signed In My Physical Presence

DESCRIPTION OF THE ATTACHED DOCUMENT

Title or Type of Document <u>Court Interrogatories</u>

Document Date __9/27/2022__ Number of Pages __6__

Signer(s) Other Than Above <u>None</u>