YOUR COMPANY NAME
1130 Ridgewood Ave
Holly Hill
(386)-310-4048

SERVER: Alli W
TICKET #: 28994  08/06/2022 18:21
GUESTS: 1

| | |
|---|---|
| Lunch Special | 6.00 |
| Domestic Beer | 18.00 |
| Qty: 6 @3.00 Ea | |
| SUB TOTAL: | 24.00 |
| TOTAL: | 24.00 |

Gratuity Not Included!

We hope To Serve You Again Soon