# Select A Case

**Tavia Wagner is a plaintiff in 181 cases.**

| | | | |
|---|---|---|---|
| [3:18-cv-00278-BJD-PDB](#) | Wagner v. Old Kings Highway Associates, Ltd. et al | filed 02/23/18 | closed 05/10/18 |
| [3:18-cv-01053-BJD-JBT](#) | Wagner v. Gerald and Claudia's Oceanview Plaza, LLC et al | filed 08/29/18 | closed 02/08/19 |
| [3:18-cv-01054-TJC-PDB](#) | Wagner v. Wilson et al | filed 08/29/18 | closed 08/08/19 |
| [3:18-cv-01055-BJD-JK](#) | Wagner v. NJCX,LLC et al | filed 08/29/18 | closed 12/13/18 |
| [3:19-cv-00488-TJC-PDB](#) | Wagner v. H.P. Rental, Inc. et al | filed 04/16/19 | closed 12/02/19 |
| [3:19-cv-00626-MMH-JK](#) | Wagner v. H.T. Gilbert Enterprises, Inc. et al | filed 05/28/19 | closed 06/27/19 |
| [6:16-cv-01267-JA-GJK](#) | Wagner v. Lovely Group Investments, Inc. et al | filed 07/15/16 | closed 11/28/16 |
| [6:16-cv-01269-PGB-T_S](#) | Wagner v. Azam et al | filed 07/15/16 | closed 01/23/17 |
| [6:16-cv-01330-CEM-KRS](#) | Wagner v. Heng Enterprises, Inc. et al | filed 07/25/16 | closed 12/12/16 |
| [6:16-cv-01331-RBD-KRS](#) | Wagner v. Kevin Incorporated et al | filed 07/25/16 | closed 11/22/16 |
| [6:16-cv-01975-ACC-GJK](#) | Collins v. Gatlin Brothers of Daytona Beach, LLC et al | filed 11/10/16 | closed 02/28/17 |
| [6:16-cv-01982-GAP-T_S](#) | Wagner v. Heidner Hoffmann LLC et al | filed 11/14/16 | closed 02/17/17 |
| [6:16-cv-02018-](#) | Wagner v. Belly Busters of Deland Inc. | filed 11/18/16 | closed 03/07/17 |

RBD-DCI

| | | | |
|---|---|---|---|
| 6:17-cv-00139-ACC-KRS | Wagner v. Winston Real Estate, Inc. et al | filed 01/26/17 | closed 03/27/17 |
| 6:17-cv-00140-CEM-DCI | Wagner v. Bordenga et al | filed 01/26/17 | closed 03/27/17 |
| 6:17-cv-00149-GAP-DCI | Wagner v. Abril Enterprises Inc et al | filed 01/27/17 | closed 03/21/17 |
| 6:17-cv-00150-ACC-KRS | Wagner v. WB Station LLC | filed 01/27/17 | closed 04/14/17 |
| 6:17-cv-01783-PGB-KRS | Wagner v. Sobik et al | filed 10/13/17 | closed 12/06/18 |
| 6:17-cv-01818-ACC-GJK | Wagner v. HTLC Properties, LLC et al | filed 10/20/17 | closed 01/10/18 |
| 6:17-cv-01863-GAP-DCI | Wagner v. Nason et al | filed 10/27/17 | closed 11/26/18 |
| 6:18-cv-00037-JA-KRS | Wagner v. Gator Riverwood, LLC et al | filed 01/08/18 | closed 05/11/18 |
| 6:18-cv-00439-JA-KRS | Wagner v. Volusia Mall, LLC et al | filed 03/22/18 | closed 09/06/18 |
| 6:18-cv-00728-RBD-GJK | Wagner v. Shanri Holdings Corp. et al | filed 05/11/18 | closed 08/08/18 |
| 6:18-cv-00729-PGB-KRS | Wagner v. Shanri Holdings Corp. et al | filed 05/11/18 | closed 07/10/18 |
| 6:18-cv-00730-CEM-KRS | Wagner v. GC WEN FL, LLC et al | filed 05/11/18 | closed 06/05/18 |
| 6:18-cv-00901-GAP-GJK | Wagner v. Shanri Holdings Corp. et al | filed 06/08/18 | closed 08/10/18 |
| 6:18-cv-00903-PGB-T_S | Wagner v. Brandywine Properties, LLC et al | filed 06/08/18 | closed 12/11/18 |

| Case | Caption | Filed | Closed |
|---|---|---|---|
| [6:18-cv-00904-GAP-GJK](#) | Wagner v. Shanri Holdings Corp. et al | filed 06/08/18 | closed 12/12/18 |
| [6:18-cv-00989-CEM-DCI](#) | Wagner v. OGV Enterprises, LLC | filed 06/25/18 | closed 01/08/19 |
| [6:18-cv-00990-CEM-KRS](#) | Wagner v. McNab BBQ Deland, Inc. | filed 06/25/18 | closed 10/09/18 |
| [6:18-cv-01243-PGB-KRS](#) | Wagner v. Hao & Han, LLC et al | filed 07/31/18 | closed 11/26/18 |
| [6:18-cv-01247-PGB-T_S](#) | Wagner v. Lancet, Loftus, & Co. et al | filed 07/31/18 | closed 11/01/18 |
| [6:18-cv-01310-GAP-T_S](#) | Wagner v. Deland Victoria, LLC. et al | filed 08/10/18 | closed 01/03/19 |
| [6:18-cv-01311-RBD-DCI](#) | Wagner v. Deland Victoria, LLC. et al | filed 08/10/18 | closed 01/09/19 |
| [6:18-cv-01312-CEM-T_S](#) | Wagner v. Deland Victoria, LLC et al | filed 08/10/18 | closed 02/11/19 |
| [6:18-cv-01714-ACC-KRS](#) | Wagner v. West Volusia Investors, Inc. et al | filed 10/12/18 | closed 11/09/18 |
| [6:18-cv-01716-PGB-LHP](#) | Wagner v. West Volusia Investors, LLC et al | filed 10/12/18 | closed 04/11/19 |
| [6:18-cv-01886-RBD-DCI](#) | Wagner v. HS Land Holding, LTD. et al | filed 11/02/18 | closed 02/08/19 |
| [6:18-cv-02040-PGB-DCI](#) | Wagner v. Victorium Corporation | filed 11/27/18 | closed 02/12/19 |
| [6:18-cv-02041-ACC-GJK](#) | Wagner v. Bellini Florence Tr et al | filed 11/27/18 | closed 01/28/19 |
| [6:18-cv-02071-JA-GJK](#) | Wagner v. Mirino et al | filed 12/01/18 | closed 01/18/19 |

| | | | |
|---|---|---|---|
| [6:18-cv-02072-ACC-T_S](#) | Wagner v. Donidea, LLC et al | filed 12/01/18 | closed 02/07/19 |
| [6:19-cv-00029-GAP-T_S](#) | Wagner v. Andrews et al | filed 01/07/19 | closed 04/03/19 |
| [6:19-cv-00150-CEM-GJK](#) | Wagner v. Four Townes, LLC et al | filed 01/23/19 | closed 07/17/19 |
| [6:19-cv-00462-PGB-LHP](#) | Wagner v. Real Sub, LLC et al | filed 03/11/19 | closed 04/23/20 |
| [6:19-cv-00463-PGB-T_S](#) | Wagner v. Florida Sub Systems, Inc. | filed 03/11/19 | closed 04/11/19 |
| [6:19-cv-00575-PGB-LHP](#) | Wagner v. Spring Garden Foods, Inc. | filed 03/25/19 | closed 04/29/19 |
| [6:19-cv-00576-RBD-GJK](#) | Wagner v. Trivett et al | filed 03/25/19 | closed 07/02/19 |
| [6:19-cv-00621-GAP-GJK](#) | Wagner v. Mbn Ltd et al | filed 04/01/19 | closed 05/30/19 |
| [6:19-cv-00625-RBD-DCI](#) | Wagner v. Demer Deland Development, Inc. et al | filed 04/01/19 | closed 09/16/19 |
| [6:19-cv-00672-RBD-LHP](#) | Wagner v. Sunshine Realty Partners, LLC et al | filed 04/09/19 | closed 05/13/19 |
| [6:19-cv-00717-GAP-DCI](#) | Wagner v. H.P. Rental, Inc. et al | filed 04/16/19 | closed 04/30/19 |
| [6:19-cv-00917-PGB-LHP](#) | Wagner v. Smith et al | filed 05/15/19 | closed 08/14/19 |
| [6:19-cv-00994-PGB-GJK](#) | Wagner v. Conklin et al | filed 05/29/19 | closed 12/17/19 |
| [6:19-cv-00998-RBD-DCI](#) | Wagner v. Dark Horse Properties, LLC et al | filed 05/29/19 | closed 11/26/19 |
| [6:19-cv-01035-](#) | Wagner v. Obrien et al | filed 06/05/19 | closed 10/22/19 |

| Case | Title | Filed | Closed |
|---|---|---|---|
| [RBD-EJK](#) | | | |
| [6:19-cv-01090-RBD-EJK](#) | Wagner v. Panita Food, Inc. et al | filed 06/13/19 | closed 07/23/19 |
| [6:19-cv-01091-CEM-DCI](#) | Wagner v. Balkam LLC | filed 06/13/19 | closed 07/11/19 |
| [6:19-cv-01123-WWB-GJK](#) | Wagner v. Beach Shop & Save, LLC. | filed 06/18/19 | closed 02/19/20 |
| [6:19-cv-01124-PGB-DCI](#) | Wagner v. Lovece Vincent TR et al | filed 06/18/19 | closed 04/07/20 |
| [6:19-cv-01128-CEM-DCI](#) | Wagner v. Jones et al | filed 06/19/19 | closed 12/03/19 |
| [6:19-cv-01146-PGB-DCI](#) | Wagner v. Ainsworth Properties, LLC et al | filed 06/21/19 | closed 08/22/19 |
| [6:19-cv-01276-RBD-GJK](#) | Wagner v. Our Deck Down Under, LLC | filed 07/11/19 | closed 08/14/19 |
| [6:19-cv-01315-CEM-EJK](#) | Wagner v. Dairy Bar LLC et al | filed 07/17/19 | closed 09/04/19 |
| [6:19-cv-01336-CEM-GJK](#) | Wagner v. Squillante et al | filed 07/22/19 | closed 10/04/19 |
| [6:19-cv-01339-PGB-GJK](#) | Wagner v. Via Genovese, LLC et al | filed 07/22/19 | closed 09/17/19 |
| [6:19-cv-01452-CEM-GJK](#) | Wagner v. Port Orange Marina, Inc. et al | filed 08/06/19 | closed 11/15/19 |
| [6:19-cv-01790-WWB-LHP](#) | Wagner v. Alfie's Restaurant Inc. | filed 09/16/19 | closed 11/19/19 |
| [6:19-cv-01791-CEM-EJK](#) | Wagner v. Deep Petroleum, Inc. | filed 09/16/19 | closed 12/10/19 |
| [6:19-cv-01876-GAP-DCI](#) | Wagner v. JJC Property Management, LLC et al | filed 10/01/19 | closed 04/29/20 |

| Case | Title | Filed | Closed |
|---|---|---|---|
| [6:19-cv-01883-GAP-LHP](#) | Wagner v. Circle K Stores, Inc. | filed 10/02/19 | closed 03/05/20 |
| [6:19-cv-02188-RBD-EJK](#) | Wagner v. ECF Property LLC et al | filed 11/18/19 | closed 02/19/20 |
| [6:19-cv-02189-ACC-EJK](#) | Wagner v. International Brew, Inc. | filed 11/18/19 | closed 06/25/20 |
| [6:19-cv-02199-ACC-GJK](#) | Wagner v. Forguson et al | filed 11/19/19 | closed 01/16/20 |
| [6:19-cv-02339-CEM-GJK](#) | Wagner v. Maitland Fruit Co. et al | filed 12/12/19 | closed 01/27/20 |
| [6:19-cv-02340-WWB-DCI](#) | Wagner v. Chang et al | filed 12/12/19 | closed 03/03/20 |
| [6:19-cv-02450-PGB-DCI](#) | Wagner v. Fratellis Pizzeria & Italian Restaurant Inc. | filed 12/30/19 | closed 02/28/20 |
| [6:20-cv-00141-PGB-GJK](#) | Wagner v. Yeluri Ramesh & Krishna TR et al | filed 01/28/20 | closed 04/21/20 |
| [6:20-cv-00142-RBD-LHP](#) | Wagner v. Fantasy Island LLC et al | filed 01/28/20 | closed 03/25/20 |
| [6:20-cv-00196-WWB-DCI](#) | Wagner v. ARC Cafeusa001, LLC et al | filed 02/06/20 | closed 07/16/20 |
| [6:20-cv-00267-PGB-LHP](#) | Wagner v. Trimble et al | filed 02/17/20 | closed 06/09/20 |
| [6:20-cv-00438-GAP-LHP](#) | Wagner v. Century Nationwide Properties LLC et al | filed 03/10/20 | closed 04/28/20 |
| [6:20-cv-00439-CEM-DCI](#) | Wagner v. Castaway Restaurant Group LLC | filed 03/10/20 | closed 05/11/20 |
| [6:20-cv-00440-RBD-DCI](#) | Wagner v. Zarbo et al | filed 03/10/20 | closed 04/16/20 |

| | | | |
|---|---|---|---|
| [6:20-cv-00825-ACC-LHP](#) | Wagner v. Hawaiian Inn Beach Resort Condominium Association Inc. et al | filed 05/12/20 | closed 06/11/20 |
| [6:20-cv-00826-CEM-LHP](#) | Wagner v. Kim's Food And Gas Inc. et al | filed 05/12/20 | closed 08/18/20 |
| [6:20-cv-00887-CEM-DCI](#) | Wagner v. Michael J. Forest TRS et al | filed 05/25/20 | closed 11/05/20 |
| [6:20-cv-00888-WWB-DCI](#) | Wagner v. Circle K Stores Inc. | filed 05/25/20 | closed 07/07/20 |
| [6:20-cv-00889-PGB-LHP](#) | Wagner v. Monu Enterprises Inc. | filed 05/25/20 | closed 12/04/20 |
| [6:20-cv-00894-CEM-DCI](#) | Wagner v. Vishkurti et al | filed 05/26/20 | closed 09/28/20 |
| [6:20-cv-01048-WWB-EJK](#) | Wagner v. Christina & Dino Inc. | filed 06/15/20 | closed 10/26/20 |
| [6:20-cv-01059-ACC-DCI](#) | Wagner v. Alegria Investments LLC et al | filed 06/15/20 | closed 08/05/20 |
| [6:20-cv-01088-PGB-LHP](#) | Wagner v. Tomoka Plaza LLC et al | filed 06/19/20 | closed 08/25/20 |
| [6:20-cv-01095-GAP-LHP](#) | Wagner v. Jay Pritam Inc. et al | filed 06/19/20 | closed 04/16/21 |
| [6:20-cv-01206-ACC-DCI](#) | Wagner v. Global Plaza USA Inc. et al | filed 07/08/20 | closed 04/20/21 |
| [6:20-cv-01207-ACC-EJK](#) | Wagner v. Barracuda Stations LLC et al | filed 07/08/20 | closed 12/18/20 |
| [6:20-cv-01209-RBD-LHP](#) | Wagner v. Sairam 300 LLC et al | filed 07/08/20 | closed 03/04/21 |
| [6:20-cv-01216-GAP-GJK](#) | Wagner v. Ray Service Station Inc. | filed 07/08/20 | closed 08/20/20 |
| [6:20-cv-01217-](#) | Wagner v. Giniya International Corporation | filed 07/08/20 | closed 04/16/21 |

ACC-DCI

| | | | |
|---|---|---|---|
| [6:20-cv-01418-PGB-DCI](#) | Wagner v. Karoona Holdings LLC et al | filed 08/10/20 | closed 10/09/20 |
| [6:20-cv-01419-RBD-GJK](#) | Wagner v. 7-Eleven, Inc. et al | filed 08/10/20 | closed 01/28/21 |
| [6:20-cv-01420-GAP-LHP](#) | Wagner v. Now Inc. | filed 08/10/20 | closed 09/15/20 |
| [6:20-cv-01421-WWB-LHP](#) | Wagner v. Taqueria Juanita Corp. | filed 08/10/20 | closed 10/26/20 |
| [6:20-cv-01422-PGB-EJK](#) | Wagner v. BW Dix Inc. et al | filed 08/10/20 | closed 01/04/21 |
| [6:20-cv-01423-GAP-DCI](#) | Wagner v. 7-Eleven Inc. | filed 08/10/20 | closed 03/01/21 |
| [6:20-cv-01498-CEM-DCI](#) | Wagner v. Mas Food Mart, Inc. | filed 08/19/20 | closed 02/23/21 |
| [6:20-cv-01499-WWB-GJK](#) | Wagner v. Mahdiya Group Inc. | filed 08/19/20 | closed 10/08/20 |
| [6:20-cv-01500-CEM-EJK](#) | Wagner v. Tyagi et al | filed 08/19/20 | closed 10/26/20 |
| [6:20-cv-01501-CEM-EJK](#) | Wagner v. Kassab et al | filed 08/19/20 | closed 12/07/20 |
| [6:20-cv-01502-WWB-EJK](#) | Wagner v. AAO Stores LLC et al | filed 08/19/20 | closed 10/05/20 |
| [6:20-cv-01503-GAP-EJK](#) | Wagner v. Krishna 5 LLC et al | filed 08/19/20 | closed 04/16/21 |
| [6:20-cv-01572-RBD-GJK](#) | Wagner v. Circle K Stores Inc. et al | filed 08/28/20 | closed 10/28/20 |
| [6:20-cv-01573-WWB-EJK](#) | Wagner v. M & R United Inc. et al | filed 08/28/20 | closed 10/05/20 |

| Case | Title | Filed | Closed |
|---|---|---|---|
| [6:20-cv-01574-WWB-GJK](#) | Wagner v. MSG Ormond Land L.L.C. et al | filed 08/28/20 | closed 10/26/20 |
| [6:20-cv-01575-PGB-DCI](#) | Wagner v. PREM Investments Inc. et al | filed 08/28/20 | closed 10/08/20 |
| [6:20-cv-01707-RBD-LHP](#) | Wagner v. City of Daytona Beach et al | filed 09/18/20 | closed 02/08/21 |
| [6:20-cv-01708-PGB-LHP](#) | Wagner v. Marias Corporation et al | filed 09/18/20 | closed 04/16/21 |
| [6:20-cv-01709-CEM-LHP](#) | Wagner v. 323 Flagler Avenue LLC et al | filed 09/18/20 | closed 07/07/21 |
| [6:20-cv-01710-CEM-GJK](#) | Wagner v. IHOP Ormond, LLC et al | filed 09/18/20 | closed 11/04/20 |
| [6:20-cv-01711-CEM-GJK](#) | Wagner v. Discount Auto Parts LLC | filed 09/18/20 | closed 10/27/20 |
| [6:20-cv-01712-PGB-LHP](#) | Wagner v. Vrochopoulos et al | filed 09/18/20 | closed 10/28/20 |
| [6:20-cv-01764-RBD-DCI](#) | Wagner v. Derby Plaza Properties LLC et al | filed 09/27/20 | closed 03/16/21 |
| [6:20-cv-01765-RBD-EJK](#) | Wagner v. Turanib Corporation | filed 09/27/20 | closed 05/24/21 |
| [6:20-cv-01766-PGB-EJK](#) | Wagner v. Carner's Investment LLC et al | filed 09/27/20 | closed 01/29/21 |
| [6:20-cv-01928-CEM-GJK](#) | Wagner v. MJB Chelsea Ocean Village, LLC et al | filed 10/19/20 | closed 04/26/21 |
| [6:20-cv-01929-ACC-GJK](#) | Wagner v. Ocean East Resort Club Association Inc. et al | filed 10/19/20 | closed 12/17/20 |
| [6:20-cv-01933-ACC-LHP](#) | Wagner v. Garriques Robert M. Tr et al | filed 10/19/20 | closed 03/25/21 |

| | | | |
|---|---|---|---|
| [6:20-cv-02020-ACC-GJK](#) | Wagner v. Khalil et al | filed 10/31/20 | closed 04/13/21 |
| [6:20-cv-02021-CEM-GJK](#) | Wagner v. Khiur Properties Inc. | filed 10/31/20 | closed 04/21/21 |
| [6:20-cv-02032-PGB-GJK](#) | Wagner v. Delta Petro Inc. et al | filed 11/02/20 | closed 01/07/21 |
| [6:20-cv-02274-GAP-LHP](#) | Wagner v. Sterner Daytona LLC et al | filed 12/15/20 | closed 01/29/21 |
| [6:20-cv-02308-PGB-DCI](#) | Wagner v. Norwoods Inc. | filed 12/18/20 | closed 03/01/21 |
| [6:20-cv-02309-WWB-LHP](#) | Wagner v. EAC Family Limited Partnership et al | filed 12/18/20 | closed 02/04/21 |
| [6:21-cv-00006-WWB-EJK](#) | Wagner v. Floridas Finest French Bakery, Inc. | filed 01/04/21 | closed 02/05/21 |
| [6:21-cv-00007-RBD-DCI](#) | Wagner v. Brock et al | filed 01/04/21 | closed 03/23/21 |
| [6:21-cv-00209-CEM-LHP](#) | Wagner v. Morn John TR, Trust Number 3456 et al | filed 02/01/21 | closed 03/23/21 |
| [6:21-cv-00346-RBD-GJK](#) | Wagner v. OBC New Smyrna Beach, LLC et al | filed 02/22/21 | closed 06/17/21 |
| [6:21-cv-00347-PGB-EJK](#) | Wagner v. Calabro Enterprises Inc. | filed 02/22/21 | closed 05/07/21 |
| [6:21-cv-00702-PGB-DCI](#) | Wagner v. Robin D. Hanger TR et al | filed 04/21/21 | closed 08/10/21 |
| [6:21-cv-00704-CEM-DCI](#) | Wagner v. John Koutouzis TR et al | filed 04/21/21 | closed 12/07/21 |
| [6:21-cv-00705-PGB-LHP](#) | Wagner v. Ocean Shore Plaza, Ltd et al | filed 04/21/21 | closed 01/03/22 |
| [6:21-cv-00706-](#) | Wagner v. Circle K Stores Inc. | filed 04/21/21 | closed 06/10/21 |

| | | | |
|---|---|---|---|
| [GAP-EJK](#) | | | |
| [6:21-cv-00707-CEM-LHP](#) | Wagner v. Papa's Holdings, LLC et al | filed 04/21/21 | closed 10/06/21 |
| [6:21-cv-00708-WWB-EJK](#) | Wagner v. Ambayma LLC et al | filed 04/21/21 | closed 06/02/21 |
| [6:21-cv-00898-GAP-GJK](#) | Wagner v. Hulls Seafood Inc. et al | filed 05/24/21 | closed 10/14/21 |
| [6:21-cv-00899-CEM-DCI](#) | Wagner v. Brown et al | filed 05/24/21 | closed 08/11/21 |
| [6:21-cv-00900-GAP-GJK](#) | Wagner v. Eym Realty Of Florida LLC et al | filed 05/24/21 | closed 11/15/21 |
| [6:21-cv-00903-GAP-LHP](#) | Strickland v. Linda M. Samek, TRS et al | filed 05/25/21 | closed 09/07/21 |
| [6:21-cv-01026-CEM-DCI](#) | Wagner v. Sauve et al | filed 06/16/21 | closed 09/09/21 |
| [6:21-cv-01027-RBD-EJK](#) | Wagner v. Dirty Harrys Bar LLC et al | filed 06/16/21 | closed 08/17/21 |
| [6:21-cv-01028-PGB-LHP](#) | Wagner v. Galbreath, et al | filed 06/16/21 | closed 09/02/21 |
| [6:21-cv-01029-PGB-EJK](#) | Wagner v. Helkim Realty, LLC et al | filed 06/16/21 | closed 09/29/21 |
| [6:21-cv-01098-CEM-GJK](#) | Wagner v. Highlander Corp. et al | filed 07/01/21 | closed 08/31/21 |
| [6:21-cv-01099-CEM-EJK](#) | Wagner v. Highlander Corp. et al | filed 07/01/21 | closed 09/01/21 |
| [6:21-cv-01258-GAP-EJK](#) | Wagner v. Horton et al | filed 08/04/21 | closed 08/23/21 |
| [6:21-cv-01259-PGB-DCI](#) | Wagner v. Chris Pappas Rev Living Trust et al | filed 08/04/21 | closed 10/13/21 |

| Case | Title | Filed | Closed |
|---|---|---|---|
| [6:21-cv-01803-PGB-GJK](#) | Wagner v. Marias Corporation et al | filed 10/28/21 | closed 12/10/21 |
| [6:21-cv-01804-CEM-LHP](#) | Wagner v. 3406 Corporation et al | filed 10/28/21 | closed 12/14/21 |
| [6:21-cv-01960-ACC-GJK](#) | Wagner v. Nice 'N Easy Oyster Bar & Grille Inc | filed 11/19/21 | closed 03/28/22 |
| [6:21-cv-02180-ACC-DCI](#) | Wagner v. Lotus Management Group Inc. | filed 12/31/21 | closed 04/28/22 |
| [6:21-cv-02181-PGB-LHP](#) | Wagner v. Bogausch et al | filed 12/31/21 | closed 05/06/22 |
| [6:21-cv-02182-RBD-EJK](#) | Wagner v. Beard et al | filed 12/31/21 | closed 05/10/22 |
| [6:21-cv-02183-CEM-LHP](#) | Wagner v. Makled et al | filed 12/31/21 | closed 04/07/22 |
| [6:22-cv-00184-GAP-LHP](#) | Wagner v. Santilli et al | filed 01/31/22 | closed 06/16/22 |
| [6:22-cv-00477-RBD-EJK](#) | Wagner v. Gill Properties (US), LP et al | filed 03/07/22 | closed 04/21/22 |
| [6:22-cv-00478-PGB-GJK](#) | Wagner v. Sassin Enterprises, LLC et al | filed 03/07/22 | closed 06/10/22 |
| [6:22-cv-00633-WWB-EJK](#) | Wagner v. More For Your Money, Inc. | filed 03/30/22 | closed 06/28/22 |
| [6:22-cv-00634-RBD-EJK](#) | Wagner v. Knight et al | filed 03/30/22 | closed 08/01/22 |
| [6:22-cv-00888-WWB-DAB](#) | Wagner v. BG Land, LLC et al | filed 05/12/22 | closed 09/27/22 |
| [6:22-cv-01033-RBD-EJK](#) | Wagner v. Hess Retail Stores, LLC et al | filed 06/13/22 | closed 07/01/22 |

| Case | Title | Filed | Closed |
|---|---|---|---|
| [6:22-cv-01034-PGB-LHP](#) | Wagner v. University Boulevard Development, Inc. et al | filed 06/13/22 | closed 09/13/22 |
| [6:22-cv-01126-WWB-EJK](#) | Wagner v. Tres Hermanos LLC et al | filed 06/30/22 | closed 09/23/22 |
| [6:22-cv-01127-RBD-LHP](#) | Wagner v. Collegiate Square LLC et al | filed 06/30/22 | closed 09/06/22 |
| [6:22-cv-01409-WWB-DAB](#) | Wagner v. Risner et al | filed 08/09/22 | |
| [6:22-cv-01411-WWB-EJK](#) | Wagner v. Maryland Fried Chicken Of Union Park, Inc. | filed 08/09/22 | |
| [6:22-cv-01412-WWB-LHP](#) | Wagner v. Equity One (Alafaya Village) Inc. et al | filed 08/09/22 | |
| [6:22-cv-01680-WWB-DCI](#) | Wagner v. Lollich et al | filed 09/15/22 | |
| [6:22-cv-01681-PGB-EJK](#) | Wagner v. Shaffer Investments, LLC et al | filed 09/15/22 | |
| [6:22-cv-01682-RBD-DAB](#) | Wagner v. Daytona Flea Market, LLC | filed 09/15/22 | |
| [6:22-cv-01683-WWB-DCI](#) | Wagner v. Lechonera Orlando Restaurant, Inc | filed 09/15/22 | |
| [6:22-cv-01684-PGB-DAB](#) | Wagner v. Lindy Lake Corporation et al | filed 09/15/22 | |

### PACER Service Center

**Transaction Receipt**

10/05/2022 23:45:53

| | | | |
|---|---|---|---|
| **PACER Login:** | joemquickesq | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: WAGNER First Name: TAVIA |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |